<u>**NOT FOR PUBLICATION**</u>

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

SHORAB SARKER,

    Plaintiff,

    v.

CITIGROUP, INC. and VIKAS PATHAK,

    Defendants.

Civil Action No. 24-8517

**ORDER**

January 23, 2025

**SEMPER**, District Judge.

This matter comes before the Court on Magistrate Judge Jessica S. Allen's Report and Recommendation ("R&R"), issued on January 7, 2025, recommending that the District Court deny Plaintiff's motion to remand (ECF 5). No objections to the R&R have been filed. This Court has considered Judge Allen's R&R, and for substantially the same reasons stated therein,

**IT IS** on this 23rd day of January, 2025,

**ORDERED** that Plaintiff's motion to remand (ECF 5) is **DENIED** in accordance with Judge Allen's R&R; and it is further

**ORDERED** that this Court adopts Judge Allen's January 7, 2025, R&R (ECF 15) that Plaintiff's motion be denied.

**SO ORDERED.**

                                                   */s/ Jamel K. Semper*
                                                   **HON. JAMEL K. SEMPER**
                                                   **United States District Judge**

Orig: Clerk
cc: Jessica S. Allen, U.S.M.J.
    Parties